```
1   BENJAMIN B. WAGNER
    United States Attorney
2   KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, CA 93721
4   Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:11-CR-00304 LJO |
| ) | |
| Plaintiff, ) | MOTION AND |
| ) | ORDER TO VACATE ORDER SETTING |
| v. ) | DUE DATE FOR GOVERNMENT'S |
| ) | RESPONSE TO DEFENDANT'S MOTIONS |
| JOSE LUIS ESPARZA, et al., ) | FOR BRADY MATERIAL AND |
| ) | DISCOVERY |
| Defendants. ) | |
| ) | |
| ) | |

Benjamin B. Wagner, United States Attorney by and through Kimberly A. Sanchez, Assistant U.S. Attorney file this motion to vacate the order setting the due date for the government's response to the defendant's Motion for Release of Brady Materials and Motion for Discovery and Inspection.

On or about November 21, 2011, the Court set a motion schedule requiring the defendant to file motions on or before February 27, 2012, the government to file its response on or before March 19, 2012, and setting a hearing on the motions and trial confirmation for April 2, 2012. On February 27, 2012, defendant Esparza filed the

above-listed motions.  Since that time, the parties have engaged in plea negotiations, and believe that the matter will settle without the need for the case to proceed to trial.  As such, the government requests that the order setting March 19, 2012 as the due date for the government's response to motions be vacated.  Defendant Esparza's counsel has no objection to this motion.  Should the matter fail to resolve, the parties will confer and request a new date for the government's response at the hearing on April 2, 2012.  The government has not contacted counsel for codefendant Galvan Cortes, as the parties have reached a plea agreement which is on file.  The government has attempted to contact counsel for codefendant Hector Mariscal.  Since Wednesday, March 14, 2012, the government made attempts to contact counsel by leaving 2 voice messages on the voice mail at the number listed for counsel on the docket for this case, by sending 2 e-mails to the address listed on the docket sheet, by joining the professional networking web site for which undersigned counsel received invitations from Mariscal's counsel and sending a message via the web site, and by sending a letter today via overnight certified mail.  Mariscal's counsel has not responded to any of the government's attempts to contact him.  Even though the government has not obtained defendant Mariscal's counsel's consent to this request, he did not join in defendant Esparza's Motions.

///
///
///
///
///
///

Therefore, the government requests that the Court grant this motion.

Dated: March 19, 2012                    Respectfully submitted,

                                                          BENJAMIN B. WAGNER
                                                        United States Attorney

                                      By    /s/ Kimberly A. Sanchez
                                              KIMBERLY A. SANCHEZ
                                              Assistant U.S. Attorney

Good cause exists for the requested remedy.

IT IS SO ORDERED.

**Dated:　March 20, 2012**                    /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE